IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

JENNY L. COOKE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:19-cv-2561
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

On July 29, 2020 the Magistrate Judge issued a Report and Recommendation to the effect that decision of the Commissioner denying disability benefits to the plaintiff, Jenny L. Cooke, should be **AFFIRMED**. For the reasons that follow, the undersigned **ADOPTS** the Report and Recommendation.

### I.

On April 1, 2019 an Administrative Law Judge issued a decision finding that the plaintiff was not disabled within the meaning of the Social Security Act. (R. at 388-404.) On June 21, 2019 the plaintiff timely filed an action in this Court, seeking review and reversal of the decision.

The plaintiff raises two objections to the Report and Recommendation of the Magistrate Judge. She contends that the Administrative Law Judge erred in finding her osteoarthritis and celiac disease non-severe. She also alleges that, as a result, the conditions were not considered in the determination of her residual functional capacity.

The Magistrate Judge considered both matters in her Report and Recommendation. While treatment was prescribed for both conditions, the plaintiff did not follow through with the indicated medications or treatments. Further, the record does not medically support a finding that either condition is severe.

The Court has considered the objections to the Report and Recommendation, together with the medical evidence presented. The Court **ADOPTS** the well reasoned Report and Recommendation issued by the Magistrate Judge. The analysis is supported by the substantial evidence and is in accordance with the law.

## II.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. It is **ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**. This matter is **DISMISSED**.

**IT IS SO ORDERED.**

9-28-2020
**Date**

　　　　　　　　　　　　　　　　　　　　_s/ Edmund A. Sargus, Jr._
　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR., JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**